# United States Bankruptcy Court

## District of Connecticut



Filed and Entered
On Docket
April 17, 2019

In re:

    Corinne D. Thompson
    Debtor*

Case Number: 19–20261 jjt
Chapter: 7

Morgan Stanley Mortgage Loan Trust 2007–8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee
Movant(s)

v.

Corinne D. Thompson
John J. O'Neil, Trustee

Respondent(s)

### ORDER GRANTING RELIEF FROM AUTOMATIC STAY

    Pursuant to 11 U.S.C. §§ 362(d)(1) and (2); Morgan Stanley Mortgage Loan Trust 2007–8XS, U.S. Bank National Association, as Trustee, successor in interest to Bank of America, National Association, as Trustee, successor by merger to LaSalle Bank National Association, as Trustee (the "Movant"), filed a Motion for Relief from Stay dated March 29, 2019 (the "Motion", ECF No. 6). After notice and a hearing, *see* 11 U.S.C. § 102(1), and in compliance with the Court's Contested Matter Procedure, it appearing that the relief sought in the Motion should be granted; it is hereby

    **ORDERED:** The automatic stay provided in 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and (2); to permit the Movant and/or their successors and assignees, to exercise their rights, if any, with respect to real property commonly known as 144 Hempstead Street, New London, Connecticut 06320, in accordance with applicable non–bankruptcy law; and it is further

    **ORDERED:** The fourteen (14) day stay provided in Fed. R. Bankr. P. 4001(a)(3) is hereby waived.

Dated: April 17, 2019

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 118 –

*For the purposes of this order, "Debtor" means "Debtors" where applicable.